1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CLAUDE YOUNG, III

11            Plaintiff,                    No. CIV S-11-0505 GEB GGH P

12       vs.

13   ARAMARK FOOD SERVICE PROVIDER, et al.,

14            Defendants.              ORDER AND
                                       FINDINGS & RECOMMENDATIONS
15   _____/

16            Plaintiff is a state prisoner proceeding pro se who seeks relief pursuant to 42

17   U.S.C. § 1983.  By order on May 4, 2011, the undersigned dismissed plaintiff's due process

18   claims against all defendants and Eighth Amendment claims against Aramark with twenty-eight

19   days leave to amend.  The twenty-eight day period has now expired, and plaintiff has not filed an

20   amended complaint or otherwise responded to the court's order.

21            Also in its May 4, 2011 order, the court found that the complaint states a

22   cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  Specifically,

23   the complaint alleges a sufficiently colorable Eighth Amendment claim against defendants

24   Solano County and the Solano County Sheriff's Department.  If the allegations of the complaint

25   are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

26   \\\\

1

In accordance with the above, IT IS HEREBY RECOMMENDED that

1. Defendant Aramark be dismissed from this action; and

2. Plaintiff's due process claims against defendants Solano County and the Solano County Sheriff's Department be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS HEREBY ORDERED that:

1.  Service is appropriate for the following defendants: Solano County and the Solano County Sheriff's Department.

2.  The Clerk of the Court shall send plaintiff 2 USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed February 23, 2011.

3.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

a.  The completed Notice of Submission of Documents;

b.  One completed summons;

c.  One completed USM-285 form for each defendant listed in number 3 above; and

d. 3 copies of the endorsed complaint filed February 23, 2011.

4.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States

1    Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

2    without payment of costs.

3    DATED: October 17, 2011

4                                              /s/ Gregory G. Hollows
                                          UNITED STATES MAGISTRATE JUDGE

5

6    youn0505.1.new
     GGH:14

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CLAUDE YOUNG, III

11          Plaintiff,               No. CIV S-11-0505 GEB GGH P

12      vs.

13   ARAMARK FOOD SERVICE PROVIDER, et al.,

14                                   NOTICE OF SUBMISSION

15          Defendants.              OF DOCUMENTS

16   _____/

17          Plaintiff hereby submits the following documents in compliance with the court's

18   order filed _____:

19              _____    completed summons form

20              _____    completed USM-285 forms

21              _____    copies of the _____
                                     Complaint/Amended Complaint

22   DATED:

23

24                                   _____
25                                   Plaintiff

26