IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAUDE YOUNG, III,

        Plaintiff,                         No. CIV S-11-0505 GEB GGH P

    vs.

ARAMARK FOOD SERVICE

PROVIDER, et al.

        Defendants.              FINDINGS & RECOMMENDATIONS

_____/

        By order filed October 17, 2011, plaintiff was ordered, within thirty days, to submit documents for service by the United States Marshall and to provide the court with a completed Notice of Submission of Documents.  The thirty day period has now expired, and plaintiff has not submitted a completed Notice or the documents, or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

////

1  days after being served with these findings and recommendations, plaintiff may file written
2  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
4  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5  F.2d 1153 (9th Cir. 1991).
6  DATED: December 13, 2011

                                      /s/ Gregory G. Hollows
                             UNITED STATES MAGISTRATE JUDGE

GGH:rb
youn0505.fsc